IN THE UNTIED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT S. JOHNSON                                                                                    PLAINTIFF

v.                                        Civil No. 6:06-cv-6009

MELVIN STEED;
JUDY McMURRIAN, Assistant Administrator,
Garland County Detention Center;
DEPUTY DAVID SHELBY                                                                              DEFENDANTS

## JUDGMENT

For the reasons stated in the memorandum opinion of this date, I find the Defendants' Second Motion for Summary Judgment (Doc. 27) should be and hereby is **GRANTED**. This case is dismissed with prejudice.

**IT IS SO ORDERED** this 2nd **day of June 2008.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE